FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THEODORE WARD, as Personal Representative of the Estate of Judith Ann Ward, a resident of the State of Washington,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, a national banking association,<br><br>　　　　　　　　Defendant. | No.　2:21-cv-00303-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation,

**IT IS HEREBY ORDERED**:

　　1.　The parties' Stipulated Motion for Protective Order, **ECF No. 8**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

　　**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

　　**DATED** this 7th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1