FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THEODORE WARD, as the Personal Representative of the Estate of Judith Ann Ward, a resident of the State of Washington,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, a national banking association,<br><br>　　　　Defendant. | No. 2:21-CV-00303-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is the parties' Stipulation of Dismissal, ECF No. 18. The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney's fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal, ECF No. 18, is **ACCEPTED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

3. The jury trial on March 6, 2023, pretrial conference on February 7, 2023, and all remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** this file.

**DATED** this 3rd day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2