# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

THEODORE WARD, as the Personal Representative of the Estate of Judith Ann Ward, a resident of the State of Washington,
*Plaintiff*
v.
U.S. BANK NATIONAL ASSOCIATION, a national banking association,
*Defendant*

)
)
)
)
)
)

Civil Action No.  2:21-CV-00303-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 03, 2022**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulation of Dismissal, ECF No. 18, is ACCEPTED into the record.
This matter is DISMISSED with prejudice and without costs or attorney's fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN

Date:  10/3/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza